NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-251 and 04-252

KEVIN SNYDER, ET AL.

VERSUS

LAMAR AND/OR LAMAR ADVERTISING, ET AL.

Consolidated with

CHRISTOPHER M. PARKER, ET UX.

VERSUS

LAMAR AND/OR LAMAR ADVERTISING, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO. 78,688 C/W 78,704,
HONORABLE THOMAS DUPLANTIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

SYLVIA R. COOKS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Arthur J. Planchard*,
Judges.

APPEALS CONVERTED TO
SUPERVISORY WRIT APPLICATION.

TRACY P. CURTIS
PERRET DOISE, APLC
Post Office Drawer 3408
Lafayette, LA 70502
(337) 262-9000
COUNSEL FOR LAMAR ADVERTISING OF LOUISIANA, LLC

**MARIA A. LASAVIO**
**LOSAVIO LAW OFFICE**
Post Office Box 12420
Alexandria, La 71315
(318) 767-9033
**COUNSEL FOR KEVIN AND CHERYL SNYDER**

**CHARLES K. CHARRIER**
**CHARRIER & CHARRIER**
Post Office Box 1007
Alexandria, La 71309-1007
(318) 448-3952
**COUNSEL FOR CHRISTOPHER AND MICHELLE PARKER**

**TROY BROUSSARD**
**ALLEN & GOOCH**
Post Office Box 3768
Lafayette, La 70502-3768
(337) 291-1000
**COUNSEL FOR AMERICAN INSURANCE CO.**

**ROBERT J. YOUNG, III**
**YOUNG, RICHAUD & MYERS**
Two Lakeway Center, Suite 1830
Metairie, La 70002
(504) 585-7750
**COUNSEL FOR OHIO CASUALTY INSURANCE CO.**

*Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.